**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6006**

---

UNITED STATES OF AMERICA,

Defendant - Appellee,

versus

SAMUEL EDMOND COFFEY,

Plaintiff - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CR-97-121, CA-98-748)

---

Submitted:  March 11, 1999          Decided:  March 18, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Samuel Edmond Coffey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel Coffey, a federal inmate, appeals from the district court's order dismissing without prejudice his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). The court dismissed Coffey's motion without prejudice pursuant to Rule 4 of the Rules Governing § 2255 Proceedings. Because a dismissal without prejudice is not generally appealable, we deny a certificate of appealability and dismiss the appeal. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Because we find that a transcript is not necessary, we deny Coffey's motion for preparation of a transcript at government expense.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED